# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 24, 2014

## NO.  03-14-00429-CV

**Liam Shawn Doyle, Appellant**

**v.**

**Rosalie Ann Doyle, Appellee**

---

**APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ROSE**

---

This is an appeal from the judgment signed by the trial court on May 29, 2014.  Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted.  Therefore, the Court grants the motion and dismisses the appeal.  The appellant shall pay all costs relating to this appeal, both in this Court and the court below.